**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 38875**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2012 Unpublished Opinion No. 415 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: March 28, 2012 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| RALPH JOSEPH HERNANDEZ, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Bingham County. Hon. Darren B. Simpson, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of four years, for felony operating a motor vehicle while under the influence of alcohol, affirmed.

Sara B. Thomas, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

———————————

Before LANSING, Judge; GUTIERREZ, Judge;
and MELANSON, Judge

———————————

PER CURIAM

Ralph Joseph Hernandez pled guilty to felony operating a motor vehicle while under the influence of alcohol. Idaho Code §§ 18-8004(1)(a), 18-8005(6). The district court sentenced Hernandez to a unified term of ten years, with a minimum period of confinement of four years. Hernandez filed an Idaho Criminal Rule 35 motion, which the district court denied. Hernandez now appeals, contending the district court abused its discretion by failing to place him on probation or in the therapeutic community rider program.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Hernandez's judgment of conviction and sentence are affirmed.